# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ARTHUR NICHOLAS

NO.  2020 KW 0011

**MAY 1 2 2020**

In Re:  Arthur Nicholas, applying for supervisory writs, 23rd
        Judicial District Court, Parish of Ascension, No.  23209.

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

                    PMc
                    JEW
                    GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT